

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. GERALDINE PETROWSKI,

      Plaintiffs,

v.

                            Case No. 8:15-cv-1408-T-30EAJ

                            **EX PARTE**
                            **FILE UNDER SEAL**
                            [31 U.S.C. § 3730(b)(2)]

EPIC SYSTEMS CORPORATION, et al.,

      Defendants.

_____/

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision to decline to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(c)(3), which allows a relator to maintain the action in the name of the United States—subject, however, to the proscription of § 3730(b)(1) that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Therefore, the United States requests that, should the Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States

1



requests that all pleadings, motions, responses, replies, notices, and any other paper filed in this action be served upon the United States through the undersigned counsel and, additionally, that all Orders, Notices, and other papers issued by the Court be so served on counsel for the United States. The United States also reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the Relator's action or claim. See id.

Finally, the United States requests that--except for Relator's Complaint, Amended Complaint, this Notice, and the Order unsealing this case--all papers ordered to remain under seal by this Court's prior Orders be and remain under seal. This is requested because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this notice.

Dated: February 21, 2017      Respectfully Submitted,

                                                A. LEE BENTLEY, III
                                                United States Attorney

                                                */s/ Christopher J. Emden*
                                                CHRISTOPHER J. EMDEN
                                                Assistant United States Attorney
                                                USA No. 158
                                                400 North Tampa Street, Suite 3200
                                                Tampa, FL 33602
                                                Tel: (813) 274-6000
                                                Fax: (813) 274-6200
                                                Christopher.Emden@usdoj.gov

                                                *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 21, 2017, I caused a copy of the foregoing *Notice of Election to Decline Intervention* and proposed order to be sent to the following persons by United States First Class Mail, postage pre-paid:

David J. Linesch, Esq.
The Linesch Firm, P.A.
700 Bee Pond Road
Palm Harbor, FL 34683

 

/s/ Christopher J. Emden
CHRISTOPHER J. EMDEN
Assistant United States Attorney

4