**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UNITED STATES *ex rel*. GERALDINE PETROWSKI, | ) ) ) |
| Plaintiff, | ) ) **Case No. 8:15-cv-01408-JSM-JSS** |
| v. | ) ) ) |
| EPIC SYSTEMS CORPORATION, | ) ) |
| Defendant. | ) ) ) ) |

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Epic Systems Corporation ("Epic") hereby files this its Notice of Filing Supplemental Authority. Epic would draw this Court's attention to the United States Court of Appeals for the Eleventh Circuit decision on January 24, 2018, in *United States ex rel. Chase v. LifePath Hospice, Inc.*, case no. 16-16670, at 9 (11th Cir. Jan. 24, 2018). A copy of the Eleventh Circuit's opinion is attached as Exhibit "A." Epic had previously relied on this Court's order of dismissal in that case, which has now been affirmed in the attached opinion. Motion to Dismiss (Dkt. 46), at 12-15.

| | |
|---|---|
| Respectfully submitted this 26th day of January 2018. | s/ John M. Guard<br>John M. Guard<br>Florida Bar No. 374600<br>**QUARLES & BRADY LLP**<br>101 East Kennedy Blvd., Suite 3400<br>Tampa, FL 33602-5195<br>(813) 387-0300 (phone)<br>(813) 387-1800 (facsimile)<br>John.Guard@quarles.com<br><br>Martha Jahn Snyder (*pro hac*)<br>QUARLES & BRADY LLP<br>33 East Main Street, Suite 900<br>Madison, WI  53703<br>(608) 251-5000 (pone)<br>(608) 294-4992 (facsímile)<br>martha.snyder@quarles.com<br><br>David W. O'Brien (*pro hac*)<br>Barbara H. Ryland (*pro hac*)<br>Rochelle Rosenberg (*pro hac*)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC  20004-2595<br>202-624-2850 (phone)<br>202-628-5116 (facsimile)<br>E-mail:  dobrien@crowell.com<br>E-mail:  bryland@crowell.com<br>E-mail:  rrosenberg@crowell.com<br><br>***Attorneys for Epic Systems Corp.*** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of January, 2018, I electronically filed the foregoing'' with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record, including:

Christopher Emden, Assistant United States Attorney

David Linesch, Attorney for the Relator

s/ John M. Guard

QB\50448848.1